[No. 12851-2-III.   Division Three.   December 9, 1993.]

JODY D. ROBERTS, *Appellant*, v. CORPORATION OF GONZAGA UNIVERSITY, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 91-2-04918-6, Marcus M. Kelly, J., entered November 10, 1992. *Affirmed* by unpublished opinion per Munson, J., concurred in by Sweeney, A.C.J., and Wardell, J. Pro Tem.

[No. 12426-6-III.   Division Three.   December 9, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. CLINTON DALE HARRIS, *Appellant*.

Appeal from a judgment of the Superior Court for Stevens County, No. 91-1-00015-2, Larry M. Kristianson, J., entered May 8, 1992. *Affirmed* by unpublished opinion per Munson, J., concurred in by Sweeney, A.C.J., and Wardell, J. Pro Tem.

[No. 12188-7-III.   Division Three.   December 9, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN VINCE TWIN BOTZON, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 91-1-00986-5, Richard J. Schroeder, J., entered January 28, 1992. *Affirmed* by unpublished opinion per Friel, J. Pro Tem., concurred in by Thompson, C.J., and Sweeney, J.

[No. 12260-3-III.   Division Three.   December 9, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID C. GRIFFIN, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 92-1-00002-8, Albert J. Yencopal, J., entered February 28, 1992. *Affirmed* by unpublished opinion per Munson, J., concurred in by Thompson, C.J., and Van Nuys, J. Pro Tem.